IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JAMES MANNING,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 3:24-CV-2643-D |
| | § | |
| DONALD J. TRUMP,<br>    Defendant. | §<br>§<br>§ | |

# ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and plaintiff's objections, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, this action will be summarily dismissed by separate judgment as barred by 28 U.S.C. § 1915(g).

Plaintiff's November 7, 2024 pleading, docketed as a motion for leave to proceed *in forma pauperis*, is denied.

Further, plaintiff is hereby **BARRED** from filing future actions in this court (directly or by removal) without paying the applicable filing fees or obtaining leave of this court to do so without paying the filing fees. To obtain leave of this court, plaintiff must file an "Application Pursuant to Court Order Seeking Leave to File," with a copy of the proposed complaint or notice of removal, and certify that: (1) the claims or defenses presented have never been raised and disposed of on the merits by any federal court; and (2) the claims or defenses are not frivolous or alleged in bad faith. Any application seeking leave to file in this court must either cite to or

attach a copy of this order.

**SO ORDERED.**

November 26, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE